

# Fourth Court of Appeals
## San Antonio, Texas

August 15, 2016

No. 04-16-00055-CV

**IN THE INTEREST OF W.T.H., A CHILD**,

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 15-06-00125-CVK
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

By order dated June 10, 2016, appellant's attorney was ordered to file a written explanation regarding a document efiled in this court's electronic portal on May 26, 2016. On June 14, 2016, appellant's attorney filed a document entitled "Supporting Brief" which this court construed to be a response to the June 10, 2016 order and a supplemental appellant's brief.

By order dated June 20, 2016, the clerk of the court was directed to file the document efiled by the appellant's attorney on May 26, 2016, as the appellant's brief in this appeal and to file the document entitled "Supporting Brief" as a supplemental appellant's brief. This court's order noted that the attorney again referenced an order on a bill of review entered in trial court cause number 15-09-00217-CVK, but this appeal only pertained to trial court cause number 15-06-00125-CVK. Appellee's brief was ordered to be filed no later than July 20, 2016.

By order dated July 26, 2016, this court noted the appellee's brief had not been filed. This court ordered the appellee's brief to be filed by August 10, 2016. The order stated if the appellee's brief was not filed by August 10, 2016, the appeal would be set at issue and would be submitted without an appellee's brief.

On August 10, 2016, despite the foregoing orders, appellant filed another brief. This court construes this brief as replacing the document efiled on May 26, 2016, and the "Supporting Brief" filed on June 14, 2016. The brief violates Rule 38 of the Texas Rules of Appellate Procedure because it does not contain any citations to the record. *See* TEX. R. APP. P. 38.1(g), (i). In addition, the brief again raises issues relating to the order on a bill of review entered in trial court cause number 15-09-00217-CVK.

It is therefore ORDERED that the brief filed by the appellant on August 10, 2016, the document efiled on May 26, 2016, and the Supporting Brief filed on June 14, 2016 are all STRICKEN from our record. It is FURTHER ORDERED that appellant file an amended brief: (1) containing appropriate citations to the record in compliance with Rule 38.1; and (2) only

raising issues pertaining to the order granting intervenor's plea to the jurisdiction entered in trial court cause number 15-06-00125-CVK.

Appellant's amended brief must be filed no later than **September 1, 2016,** or this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.9, 42.3. **NO MOTIONS FOR EXTENSION OF TIME WILL BE GRANTED. IF APPELLANT'S AMENDED BRIEF IS NOT FILED BY SEPTEMBER 1, 2016, THIS APPEAL WILL BE DISMISSED FOR WANT OF PROSECUTION WITHOUT FURTHER NOTICE**. Because appellant failed to request the reporter's record in response to two prior orders, this court will only consider those issues raised in appellant's amended brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Sandee Bryan Marion, Chief Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court